**United States District Court**
For the Northern District of California

1

2

3

4

5

6               IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   PERRY HOWE and KARINA LEE HOWE,

10          Plaintiffs,                    No. C 13-05476 JSW

11      v.

12   PNC BANK, N.A., et al.,               **ORDER STRIKING OVERSIZED**
                                           **BRIEF**
13          Defendants.
                                    /
14

15          On February 4, 2014, Plaintiffs Perry Howe and Karina Lee How ("Plaintiffs") filed an

16   opposition to the pending motion to dismiss which exceeds this Court's page limits. *See*

17   Standing Order ¶ 6.  Plaintiffs did not seek leave of court before filing an oversized brief.  The

18   Court HEREBY STRIKES the opposition for failure to comply with the Court's page limits.

19   Plaintiffs shall refile their opposition brief by no later than February 13, 2014, and it shall not

20   exceed 15 pages.  Defendants' reply brief, if any, shall be filed by no later than February 20,

21   2014.

22      **IT IS SO ORDERED.**

23

24   Dated: February 6, 2014

25                                          JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE

26

27

28