UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY HOWE, et al.,<br>　　　　Plaintiff,<br>　　v.<br>PNC BANK, N.A., et al.,<br>　　　　Defendant. | 13-cv-05476-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: July 14, 2014

_____
VINCE CHHABRIA
United States District Judge